

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-75,972-03

### IN RE JACOB BARRON, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 06-06547-C & 06-06548-C
### IN THE 106TH DISTRICT COURT
### FROM DAWSON COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that the Texas Department of Criminal Justice is calculating his sentences based on void judgments in these cause numbers entered while an Article 11.07 habeas corpus application was pending on remand to Dawson County.

In a prior order from Relator's habeas corpus proceedings, this Court noted that he had been re-sentenced on December 21, 2011, and concluded that the trial court's judgment was void because there was no jurisdiction to vacate the original convictions and re-sentence Relator. *Ex*

*parte Barron*, No. WR-75,972-02 at *2 (Tex. Crim. App. Apr. 18, 2012) (not designated for publication). This Court ordered the trial court to "vacate its judgment of December 21, 2011 purporting to re-sentence [Relator]." *Id.* Though the order only concerned one of Relator's two convictions, Cause 06-06548-C, any order purporting to vacate one of his 2007 convictions and re-sentence Relator at that time would necessarily be void.

Respondent, the Judge of the 106th District Court of Dawson County, shall file a response with this Court by affirming whether the 2011 "convictions" in this case have been vacated and, if so, whether the Texas Department of Criminal Justice has been notified of this action. Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted his response.

Filed: September 17, 2014
Do not publish